Ronald T. West
3220 Racquet Circle
Anchorage, Alaska 99507
907-522-1312



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD T. WEST, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | State Superior Court No. 3AN-07-9375 CI |
| ) | US District Court No. 3:07-CV-188-TMB |
| Defendant. ) | |
| ) | |

## NOTICE TO THE COURT

Please be advised the stipulation between the parties dated September 21, 2007 has not resolved issues between the parties. It is now necessary to go forward. A new pre-trial order is requested.

DATED at Anchorage, Alaska this ____ of March, 2008.

RONALD T. WEST, pro per
Plaintiff

Certificate of Service
I hereby certify that on this ____ day of March 2008 a true and correct copy of the foregoing was delivered via 1st class mail to defendant of record.

Patricia A. Leach

- 1 -

Ronald T. West
3220 Racquet Circle
Anchorage, Alaska 99507

U.S. POSTAGE $00.41 MAR 07 2008
PITNEY BOWES
PB5561440
MAILED FROM ZIP CODE 99503

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
222. 7TH AVENUE
ANCHORAGE, ALASKA 99513